■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRINGTON WOOLCOCK, Appellant. [886 NYS2d 359]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered February 22, 2006, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342, 348-349 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley,* 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633, 643-644 [2006]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, either are without merit or do not require reversal under the facts of this case. Fisher, J.P., Covello, Angiolillo and Roman, JJ., concur.